171 So. 920

**Jess H. ADKINS v. James T. STILL.**

6 Div. 7.

Supreme Court of Alabama.

Jan. 12, 1937.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

Clifford Emond, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

169 So. 902

**Lucius ALLEN, pro ami., v. Dwight A. WILEY et al.**

2 Div. 78.

Supreme Court of Alabama.

May 19, 1936.

Keeton Arnett, of Selma, for appellant.

Pettus & Fuller, of Selma, for appellees.

PER CURIAM.

Petition to establish bill of exceptions denied.

170 So. 913

**BIRMINGHAM ELECTRIC CO. v. B. B. DOROUGH.**

6 Div. 29.

Supreme Court of Alabama.

Nov. 24, 1936.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Ewing & Perrine, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

170 So. 916

**BIRMINGHAM ELECTRIC CO. v. Eugene H. WINSTON.**

6 Div. 866.

Supreme Court of Alabama.

Nov. 27, 1936.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Smyer, Smyer & Bainbridge and Ewing & Perrine, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

170 So. 913

**BIRMINGHAM TRUST & SAVINGS CO. v. Deborah Elizabeth Ann HUGHES et al.**

6 Div. 972.

Supreme Court of Alabama.

Nov. 27, 1936.

PER CURIAM.

Appeal dismissed on motion of appellant.